UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL/MISCELLANEOUS CASES
PENDING IN THIS OR ANY O

CASE NUMBER 1:07MS00003

JUDGE: Richard W. Roberts

DECK TYPE: Miscellanous

DATE STAMP: 01/05/2007

**NOTICE TO THE PLAINTIFF:**

Pursuant to Rule LCvR 40.5(b)(1), you are required to prepare a is related to any pending case(s) or which involves the same parties and r must be prepared in sufficient quantity to provide one copy for the Clerk's for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

LCvR 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

LCvR 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff or counsel for plaintiff will please complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ]   (a)   relates to common property

   [ ]   (b)   involves common issues of fact

   [ ]   (c)   grows out of the same event or transaction

   [ ]   (d)   involves the validity or infringement of the same patent

   [ ]   (e)   is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASES TO DISMISSED RELATED CASE(S).**

   A new cases is deemed related t a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the sam parties and relates to the same subject matter.

   Check box if new cases is related to a dismissed case: [ ]

3. NAME THE U.S. COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT

   _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEEDED PLEASE USE THE OTHER SIDE.

   United States    vs   Antwuan Bell    C.A. No. 05-100 - RBS RWR
                          Leon Kartsattkis    #4482(01

   Signature of Plaintiff (or counsel)

CO-932
Rev. 4/00